OPINION — AG — ** 26 O.S. 392 [26-392] DEALING WITH " NO CERTIFICATE OF ELECTION SHALL BE ISSUED BY THE COUNTY ELECTION BOARD WITHIN A PERIOD OF SIXTEEN DAYS FOLLOWING ANY GENERAL ELECTION, WITHIN AND FOR SUCH COUNTY * * * (CANVASS THE RETURNS OPINION DEALING WITH SUBJECT MATTER: RECOUNT, SECRETARY OF ELECTION BOARD, RESULT, FILE, ISSUE CERTIFICATES, CITE: 25 O.S. 82.1, 26 O.S. 113 [26-113], 26 O.S. 392 [26-392] (FRED HANSEN)